# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| M. SOUL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **C.A. No.: K25C-01-026 NEP** |
| | ) | |
| ROBIN R. CHRISTIANSEN, MAYOR | ) | |
| OF DOVER, DELAWARE; DOVER | ) | |
| POLICE DEPARTMENT; ADT | ) | |
| SECURITY SERVICES, INC.; CITY | ) | |
| OF DOVER; KENT COUNTY, | ) | |
| DELAWARE; PFC BURTON, PTLM | ) | |
| SHEPHERD, SGT GOTT, PFC SPENCE,) | | |
| AND JOHN DOES 1-5 (EMPLOYEES | ) | |
| OF THE MAYOR'S OFFICE AND | ) | |
| DOVER POLICE DEPARTMENT), | ) | |
| | ) | |
| **Defendants.** | ) | |

Submitted:  March 27, 2025
Decided:  April 2, 2025

## ORDER ON REVISED APPLICATION TO PROCEED
## *IN FORMA PAUPERIS*

This matter coming before the Court on Plaintiff's application to proceed *in forma pauperis*,

**NOW, THEREFORE, IT IS HEREBY ORDERED** this 2nd day of April 2025, as follows:

1. On March 21, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* due to Plaintiff's failure to complete the affidavit in support of the application. Specifically, attachments to the affidavit, as well as representations made by Plaintiff in prior litigation, indicated that Plaintiff receives disability payments through the U.S. Department of Veterans Affairs, but the affidavit itself indicated that Plaintiff receives no income.

2. In its March 21 order, the Court allowed Plaintiff the opportunity to file a revised affidavit, which Plaintiff has now done.

3. In the revised affidavit, Plaintiff indicates receipt of a monthly disability check in the amount of $4,185.00, which represents an annual income of over $50,000.00.[1] Plaintiff also indicates that Plaintiff owns a single-family home.[2]

4. Although the affidavit form that Plaintiff completed requested that Plaintiff itemize "debts and regular monthly expenses,"[3] Plaintiff does not list any mortgage payment or other debt service on Plaintiff's home. Indeed, although Plaintiff avers to be living "check to check," Plaintiff's listed expenses (gas, electricity, water, and internet service) total only $790 per month—a figure not approaching Plaintiff's stated income. Plaintiff, as required by statute, swore or

---

[1] Revised Aff. in Supp. of App. to Proceed *in Forma Pauperis* 2, ¶ 6(a) (D.I. 8).
[2] *Id.* at 3, ¶ 7(a).
[3] *Id.* at 5, ¶ 13.

affirmed that the information included in the affidavit was true and correct and made under penalty of perjury.[4]

5. The revised affidavit also indicates that Plaintiff has no dependents.[5]

6. Before any plaintiff may proceed *in forma pauperis*, the Court must determine that said individual is unable to "pre-pay all court costs and fees."[6]

7. The United States Census Bureau, for purposes of the 2024 census, specified an annual income of less than $15,850.00 for a single person under 65 years[7] as the poverty level.[8] The United States Department of Health and Human Services defines $15,650.00 in income as the poverty level for a single-person household in the year 2025.[9] The Court takes judicial notice of these facts under Delaware Rule of Evidence 201 because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

---

[4] *Id.* at 5.

[5] *Id.* at 5, ¶ 14.

[6] 10 *Del. C.* § 8802(a)–(b).

[7] According to the revised affidavit, Plaintiff's date of birth is September 8, 1968. *Id.* at 1.

[8] U.S. CENSUS BUREAU, POVERTY THRESHOLDS FOR 2023 BY SIZE OF FAMILY AND NUMBER OF RELATED CHILDREN UNDER 18 YEARS (2024), https://www2.census.gov/programs-surveys/cps/tables/time-series/historical-poverty-thresholds/thresh23.xlsx.

[9] U.S. DEP'T OF HEALTH AND HUM. SERVS., 2025 POVERTY GUIDELINES: 48 CONTIGUOUS STATES 1 (2025), https://aspe.hhs.gov/sites/default/files/documents/dd73d4f00d8a819d10b2fdb70d254f7b/detailed-guidelines-2025.pdf.

8.      Having reviewed the information in Plaintiff's revised affidavit, and in light of the above, the Court does not find that Plaintiff is unable to pay the costs of this proceeding.[10]

WHEREFORE, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED**.  Plaintiff must pay the filing fee of $210.00 within 30 days of the date of this notice, or the complaint will be dismissed.  Plaintiff will also be required to pay all service fees and any other costs and fees associated with this action.

**IT IS SO ORDERED.**

_____
Noel Eason Primos, Judge

NEP/tls
*Via File & ServeXpress & U.S. Mail*
oc:    Prothonotary
        M. Soul – *Via U.S. Mail*

---

[10] 10 *Del. C.* § 8802(a); *cf. Cinqmars v. Clews,* 2021 WL 3355161 (Del. Super. Aug. 2, 2021) (plaintiff's application to proceed *in forma pauperis* denied where plaintiff reported monthly income of $917.00).